MARY-ALICE RODGERS, Appellant and Respondent, v. WILLIAM H. RODGERS, Respondent and Appellant.

Submitted May 19, 1952; decided May 29, 1952.

*Roger Hinds* for motion and in opposition to cross motion.

*Maurice R. Whitebook* for cross motion and in opposition to motion.

Motion by defendant granted, and plaintiff's appeal in its entirety dismissed upon the ground that a stipulation for judgment absolute cannot be given in this action for a separation since a counterclaim for annulment remains untried. (*Weiman* v. *Weiman*, 295 N. Y. 150.)

Cross motion by plaintiff granted and defendant's appeal dismissed upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. [See 304 N. Y. 716.]